

U.S. Department of Justice

Eastern District of California

United States Attorney

*McGregor W. Scott*
*United States Attorney*

*501 I Street, Suite 10-100*     916/554-2700

*Sacramento, California  95814*     Fax 916/554-2900
                                    TTY 916/554-2855


December 8, 2005


Honorable Peter A. Nowinski
U. S. Magistrate Judge
501 I Street
Sacramento, California   95814

    Re:  United States v. Richard William Stephens
        Magistrate # 04-022-PAN
        <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Nowinski:

    There was filed before you, on February 10, 2004, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Sacramento, California, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                              Very truly yours,

                              McGREGOR W. SCOTT
                              United States Attorney


                            By <u>/S/ THOMAS E. FLYNN</u>
                              THOMAS E. FLYNN
                            Assistant U.S. Attorney



IT IS SO ORDERED:

    Dated:  December 13, 2005.

                              <u>/s/ Peter A. Nowinski</u>
                              PETER A. NOWINSKI
                              Magistrate Judge

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAGISTRATE NO. 04-022-PAN |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD WILLIAM STEPHENS | ) | |
| | ) | |
| Defendant(s). | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 8, 2005, she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

    Federal Defender's Office

    United States Marshal's Office

    /S/ Patsy Silva
    Patsy Silva